# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES KENNEDY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:20-mc-00005 |
| ) | Judge Trauger |
| FREDERICK CARUSO, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On May 5, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for an Order to Show Cause filed by the plaintiffs (Docket No. 1) and the Motion for Protective Order filed by De Almedia-Kennedy are TRANSFERRED to the United States District Court for the District of Connecticut pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge